```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 03798
   SHEILA R ASHLEY
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-0850

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/03/2007 and was confirmed 08/06/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  10.00%.

     The case was dismissed after confirmation 09/08/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID           PAID
--------------------------------------------------------------------------------
 CREDIT ACCEPTANCE CORP    SECURED VEHIC          .00              .00             .00
 FIRST PREMIER             UNSECURED         NOT FILED             .00             .00
 SPRINT PCS                UNSECURED            492.87             .00             .00
 CITY OF CHICAGO PARKING   UNSECURED           1120.00             .00             .00
 AT&T BROADBAND            UNSECURED         NOT FILED             .00             .00
 COMCAST                   UNSECURED         NOT FILED             .00             .00
 MAGDY K AWAD MD           UNSECURED         NOT FILED             .00             .00
 FIRST CONSUMERS NATIONAL  UNSECURED         NOT FILED             .00             .00
 GREATER SUBURBAN ACCEPTA  UNSECURED          13844.50             .00             .00
 TCF NATIONAL BANK         UNSECURED         NOT FILED             .00             .00
 LOYOLA UNIVERSITY PHYNS   UNSECURED         NOT FILED             .00             .00
 CITIZENS BANK             UNSECURED         NOT FILED             .00             .00
 ROUNDUP FUNDING LLC       UNSECURED            170.65             .00             .00
 MARSHALL FIELDS           UNSECURED            745.59             .00             .00
 RUSH PRESBYTERIAN EMERG   UNSECURED         NOT FILED             .00             .00
 RUSH UNIVERSITY MEDICAL   UNSECURED         NOT FILED             .00             .00
 ST MARGARET MERCY HOSPIT  UNSECURED         NOT FILED             .00             .00
 COMMONWEALTH EDISON       UNSECURED         NOT FILED             .00             .00
 S & P CAPITAL INVESTMENT  UNSECURED         NOT FILED             .00             .00
 MCI                       UNSECURED         NOT FILED             .00             .00
 COMCAST CABLE COMMUNICAT  UNSECURED         NOT FILED             .00             .00
 ASSET ACCEPTANCE CORP     UNSECURED            177.73             .00             .00
 ASSET ACCEPTANCE LLC      UNSECURED            330.84             .00             .00
 HARLEM FURNITURE          SECURED              500.00             .00             .00
 ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        2,484.00                        1,142.07
 TOM VAUGHN                TRUSTEE                                                87.13
 DEBTOR REFUND             REFUND                                                  .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 03798 SHEILA R ASHLEY
```

```
TRUSTEE                                         1,229.20

PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                   1,142.07
TRUSTEE COMPENSATION                                                87.13
DEBTOR REFUND                                                         .00
                                        ---------------    ---------------
TOTALS                                         1,229.20           1,229.20
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
     Dated: 12/22/08                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```